# OFFICE OF THE CIRCUIT MEDIATOR
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| **EDWARD G. SMITH**<br>CHIEF CIRCUIT MEDIATOR<br>N. MYRTLE BEACH, SOUTH CAROLINA | **ROBIN R. TIDWELL**<br>CIRCUIT MEDIATOR<br>LEXINGTON, SOUTH CAROLINA<br>(803) 490-0447<br>Robin_Tidwell@ca4.uscourts.gov | **JEROME (JERRY) WOODS, II**<br>CIRCUIT MEDIATOR<br>ELKRIDGE, MARYLAND |

August 2, 2024

Re: 24-1672, Maan Aljizzani v. Middle East Broadcasting Networks, Inc.

## NOTICE OF RESCHEDULED MEDIATION

Dear Counsel:

     This letter confirms that the video zoom mediation conference has been rescheduled for **Thursday, August 29, 2024 at 10:00am EASTERN**. You must provide our office with a **direct telephone number for everyone participating** in case of technical difficulties. I will send the same link that we sent in our scheduling letter on 8/1/24 the day before.

     Thank you for your assistance in this matter.

                              Sincerely,

                              Lucille Payne
                              Program Administrator for
                              Robin R. Tidwell
                              Circuit Mediator

Copies:  Jillian Ambrose
             Andrew W. Bagley
             Dirk Harris McClanahan