UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1672
(1:22-cv-01321-RDA-WEF)
_____

MAAN ALJIZZANI

    Plaintiff - Appellant

v.

MIDDLE EAST BROADCASTING NETWORKS, INC.

    Defendant - Appellee

_____

O R D E R
_____

The court defers consideration of the motion to consolidate and the motion for abeyance pending completion of briefing in case 25-1333.

    For the Court--By Direction

    /s/ Nwamaka Anowi, Clerk